UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                         CASE NO. 04 B 13076
   TODD G EVERS
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7585
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 04/02/04 and confirmed on 06/16/04.

   2. The case was dismissed after confirmation, 02/29/2008.

   3. The Debtor paid a total of $  29250.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 2550.74 | .00 | 2550.74 |
| FORD MOTOR CREDIT CO | SECURED | 24000.00 | 4855.42 | 18265.30 |
| ECAST SETTLEMENT CORP | UNSECURED | 6690.95 | .00 | .00 |
| ACCOUNTS RECOVERY BUREAU | UNSECURED | 22290.59 | .00 | .00 |
| ASSOCIATED RADIOLOGIST S | UNSECURED | NOT FILED | .00 | .00 |
| BUD'S AMBULANCE SERVICE | UNSECURED | 580.00 | .00 | .00 |
| CB USA INC | UNSECURED | 1125.00 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONSULTANTS IN PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CENTER FOR SURGERY BREAS | UNSECURED | NOT FILED | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | NOT FILED | .00 | .00 |
| FARMERS INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 422.21 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5820.57 | .00 | .00 |
| LAWRENCE E JAGMIN DDS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | 637.98 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES ANESTHESIA | FILED LATE | .00 | .00 | .00 |
| VILLAGE OF STEGER | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 3103.78 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1620.86 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | COST OF COLLE | 200.00 | .00 | 200.00 |

        Summary of disbursements:

```
                      SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   26550.74     1820.86     40671.08          .00      69042.68
PRINCIPAL PAID       20816.04      200.00          .00          .00      21016.04
INTEREST PAID         4855.42         .00          .00          .00       4855.42
TOTAL PAID           25671.46      200.00          .00          .00      25871.46
```

The Debtor's attorney, SCHOTTLER & ZUKOSKY            , was allowed $   2365.00
and was paid $    206.00   direct and $   2159.00   through the plan.

The Trustee received $   1219.54 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 13076 TODD G EVERS